# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-mj-352 (DTS) |
| SIDNEY ROYEL SELBY III | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about April 17, 2023, in the State and District of Minnesota and elsewhere, the defendant Sidney Royel Selby III did obscenely and indecently expose his genitals and masturbate in a public place, an aircraft, all in violation of Title 49, United States Code, Section 46506(2) and D.C. Code Section 22-1312, which was formerly codified as D.C. Code Section 22-1112.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Complainant's signature

Charles W. Burnham, Special Agent
Printed name and title

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and email) pursuant to Fed. R. Crim. P. 41(d)(3) on __21st__ day of April, 2023.

Date: __April 21, 2023__

City and State: __Minneapolis, Minnesota__

_____
Judge's Signature

The Honorable David T. Schultz
United States Magistrate Judge
Printed Name and Title